NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**XEROX CORP.,**
*Appellant*

v.

**SNAP INC., FACEBOOK, INC., X CORP.,**
*Appellees*

---

2023-1983, 2023-1985, 2023-1988

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00987, IPR2021-01294, IPR2021-01458.

---

## O R D E R

Upon consideration of the above-captioned appeals,

IT IS ORDERED THAT:

The appeals are consolidated, and thus one set of briefs should be filed for the three appeals. The revised official caption is reflected above. The Certified Lists are due no later than July 18, 2023.

FOR THE COURT

June 12, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Acting Clerk of Court