

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
ACTING CLERK OF COURT

CLERK'S OFFICE
202-275-8000

June 15, 2023

**NOTICE OF REVISED CAPTION**

Re: Xerox Corp. v. Snap Inc., Appeal No. 2023-1983

The court's official caption has been revised to reflect cross-appeal.

Please review the attached caption carefully and promptly advise this court in writing of any improper or inaccurate designations. The revised caption should be used on all future filings with the court. Previously submitted documents do not require correction.

<u>/s/ Jarrett B. Perlow</u>
Jarrett B. Perlow
Acting Clerk of Court

By: C. Harper, Deputy Clerk

Attachment: Revised Official Caption

## Official Caption

**XEROX CORP.,**
*Appellant*

v.

**SNAP INC.,**
*Cross-Appellant*

**FACEBOOK, INC., X CORP.,**
*Appellees*

## Short Caption

Xerox Corp. v. Snap Inc.