**FORM 9A. Notice of Related Case Information**  Form 9A (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**NOTICE OF RELATED CASE INFORMATION**

**Case Number** 23-1983, 23-1985. 23-1988, 23-2028
**Short Case Caption** Xerox Corp. v. Snap Inc.
**Filing Party/Entity** Xerox Corporation

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

All cases consolidated into this action and additionally,

Case No. 2:20-cv-10753 AB; Xerox Corporation v. Meta Platforms, Inc.; United States District Court, Central District of California, Western Division

Case No. 2:20-cv-10754-AB; Xerox Corporation v. X Corp., F/K/A Twitter, Inc.; United States District Court, Central District of California, Western Division

Case No. 2:20-cv-10755-AB; Xerox Corporation v. Snap Inc.; United States District Court, Central District of California, Western Division

IPR2021-00987, Snap Inc. v. Xerox Corporation; United States Patent and Trademark Office, Patent Trial and Appeal Board

☑   Additional pages attached

FORM 9A. Notice of Related Case Information                                                      Form 9A (p. 2)
                                                                                                   March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

Xerox Corporation
Meta Platforms, Inc.
Facebook, Inc.
X Corp. f/k/a Twitter Inc.
Snap Inc.

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

Alan P. Block, David Sochia, Alexandra F. Easley, James E. Quigley, Kevin L. Burgess, Joel L. Thollander, Kyle N. Ryman; MCKOOL SMITH P.C.

Heidi L. Keefe, Phillip Morton, Andrew C. Mace, Emily E. Terrell, Lowell D. Mead, Mark R. Weinstein; COOLEY LLP.

Sonal N. Mehta, Joseph T. Gooch, Mitchell S. Toledo; WILMER CUTLER PICKERING HALE AND DOOR

☑ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 06/20/2023                          Signature: /s/ James E. Quigley

                                          Name: James E. Quigley

**Notice of Related Case Information Cont.**

**Case Number:** 23-1983, 23-1985, 23-1988, 23-2028
**Short Case Caption:** Xerox Corp. v. Snap Inc.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

    IPR2021-01294, Facebook, Inc. v. Xerox Corporation; United States Patent Trademark Office, Patent Trial and Appeal Board

    IPR2021-01458, X Corp. v. Xerox Corporation; United States Patent Trademark Office, Patent Trial and Appeal Board

    IPR2021-01459, Twitter, Inc. v. Xerox Corporation; United States Patent Trademark Office, Patent Trial and Appeal Board

    IPR2021-01536, Facebook, Inc. v. Xerox Corporation; United States Patent Trademark Office, Patent Trial and Appeal Board

2. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

    Jon Steven Baughman, Megan F. Raymond; GROOMBRIDGE WU BAUGHMAN AND STONE LLP

    Bruce Shei Yen, David T. Okano, Yarema R. Chaikovsky, Philip Ou, WHITE AND CASE LLP.

    Naveen Modi, Joseph E. Palys, Steven A. Marenberg; PAUL HASTINGS LLP.

    Debra J. McComas, David L. McCombs, Raghav Bajaj, Angela M. Oliver, Adam L. Erickson; HAYNES & BOONE, LLP