# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 23-1983 (LEAD), 23-1985, 23-1988, 23-2028

**Short Case Caption:** Xerox Corp. v. Snap Inc.

---

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's [Manage My Account](#). Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

---

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| |
|---|
| Snap Inc. |

| **Principal Counsel:** Yar R. Chaikovsky | Admission Date: 4/4/95 |
|---|---|
| Firm/Agency/Org.: White & Case LLP | |
| Address: 3000 El Camino Real, 2 Palo Alto Square Suite 900, Palo Alto, CA 94306 | |
| Phone: (650) 213-0300 | Email: yar.chaikovsky@whitecase.com |
| **Other Counsel:** David Okano | Admission Date: 7/8/2015 |
| Firm/Agency/Org.: White & Case LLP | |
| Address: 3000 El Camino Real, 2 Palo Alto Square Suite 900, Palo Alto, CA 94306 | |
| Phone: (650) 213-0363 | Email: david.okano@whitecase.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 6/20/23      Signature: /s/ Yar R. Chaikovsky

Name: Yar R. Chaikovsly

FORM 30. Certificate of Service

Form 30
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

**Case Number** 23-1983 (LEAD), 23-1985, 23-1988, 23-2028

**Short Case Caption** Xerox Corp. v. Snap Inc.

> **NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system. See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e). Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on 06/20/2023

by ☐ U.S. Mail  ☐ Hand Delivery  ☑ Email  ☐ Facsimile
   ☐ Other: _____

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
| --- | --- |
| James Elroy Quigley | McKool Smith - 303 Colorado Street, Suite 2100<br>Austin, TX  78701<br>jquigley@mckoolsmith.com |
| Naveen Modi | Paul Hastings LLP - 875 15th Street, N.W.<br>Washington, DC  20005<br>naveenmodi@paulhastings.com |
| Jon Steven Baughman | Groombridge Wu Baughman & Stone - 801 17th Street, NW, Suite 1050<br>Washington, DC 20006<br>steve.baughman@groombridgewu.com |
| Heidi Keefe | Cooley - 3175 Hanover St, Palo Alto, CA 94304<br>hkeefe@cooley.com |
|  |  |

☐ Additional pages attached.

Date: 06/20/2023

Signature: /s/ Yar R. Chaikovsky

Name: Yar R. Chaikovsky