FORM 26. Docketing Statement                                      Form 26 (p. 1)
                                                                    July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 23-1983 (LEAD), 23-1985, 23-1988, 23-2028

**Short Case Caption:** Xerox Corp. v. Snap Inc.

**Filing Party/Entity:** Snap Inc.

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| Patent Trial and Appeal Brd. | IPR2021-00987 | Inter Partes Review |

**Relief sought on appeal:** ☐ None/Not Applicable

Affirmance of the Patent Trial and Appeal Board's determination that claims 1-15 of U.S. Patent No. 8,489,599 are unpatentable, and reversal of the Board's determination that proposed substitute claims 26-40 are not unpatentable as obvious in view of Rosenberg, Buck, and Suzuki.

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

Determination that claims 1-15, and proposed substitute claims 26-40, of U.S. Patent No. 8,489,599 are unpatentable (over prior art other than the combination of Rosenberg, Buck, and Suzuki).

**Briefly describe the judgment/order appealed from:**

In its final written decision, the Patent Trial and Appeal Board determined that claims 1-15 of U.S. Patent No. 8,489,599 are unpatentable. The Board also determined proposed substitute claims 26-40 are unpatentable but not unptatentable as obvious in view of Rosenberg, Buck, and Suzuki.

**Nature of judgment (select one):**        **Date of judgment:** 3/24/23

☒ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain)                        _____

FORM 26. Docketing Statement       Form 26 (p. 2) July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☐ None/Not Applicable

> Xerox Corp. v. Facebook, Inc. 23-1985 (Fed Cir.); Xerox Corp. v. X Corp. 23-1988 (Fed Cir.); Snap Inc. v.. Xerox Corp., 23-2028 (Fed. Cir.)

Issues to be raised on appeal:  ☐ None/Not Applicable

> Whether the Patent Office correctly determined claims 1-15 of U.S. Patent No. 8,489,599 are unpatentable, and whether the Patent office incorrectly determined that petitioner failed to demonstrate by a preponderance of evidence that proposed substitute claims 26-40 are unpatentable

Have there been discussions with other parties relating to settlement of this case?

☐ Yes   ☑ No

If "yes," when were the last such discussions?
- ☐ Before the case was filed below
- ☐ During the pendency of the case below
- ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?   ☐ Yes   ☐ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation? ☐ Yes  ☑ No

Explain.

> Xerox is currently asserting multiple patents against Snap in the Central District of California, including the patent at issue in this appeal. Snap does not believe discussions solely in context of this IPR would be productive.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

Date: 6/20/23

Signature: /s/ Yar R. Chaikovsky

Name: Yar R. Chaikovsly

Save for Filing

FORM 30. Certificate of Service

Form 30
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

**Case Number**  23-1983 (LEAD), 23-1985, 23-1988, 23-2028

**Short Case Caption**  Xerox Corp. v. Snap Inc.

> **NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system. See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e). Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on  06/20/2023

by  ☐ U.S. Mail   ☐ Hand Delivery   ☑ Email   ☐ Facsimile
    ☐ Other: _____

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| James Elroy Quigley | McKool Smith - 303 Colorado Street, Suite 2100<br>Austin, TX  78701<br>jquigley@mckoolsmith.com |
| Naveen Modi | Paul Hastings LLP - 875 15th Street, N.W.<br>Washington, DC  20005<br>naveenmodi@paulhastings.com |
| Jon Steven Baughman | Groombridge Wu Baughman & Stone - 801 17th Street, NW, Suite 1050<br>Washington, DC 20006<br>steve.baughman@groombridgewu.com |
| Heidi Keefe | Cooley - 3175 Hanover St, Palo Alto, CA 94304<br>hkeefe@cooley.com |
|  |  |

☐  Additional pages attached.

Date: 06/20/2023                    Signature: /s/ Yar R. Chaikovsky

                                    Name: Yar R. Chaikovsky