FORM 9. Certificate of Interest                                                                      Form 9 (p. 1)
                                                                                                     March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 23-1983 (LEAD), 23-1985, 23-1988, 23-2028
**Short Case Caption** Xerox Corp. v. Snap Inc.
**Filing Party/Entity** Snap Inc.

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 06/20/2023          Signature: /s/ Yar R. Chaikovsky

                          Name:      Yar R. Chaikovsky

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☑ None/Not Applicable |
| Snap Inc. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐　Additional pages attached

**FORM 9. Certificate of Interest**                                                                            **Form 9 (p. 3)**
                                                                                                                   **March 2023**

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☑     None/Not Applicable           ☐     Additional pages attached

|  |  |  |
|--|--|--|
|  |  |  |
|  |  |  |
|  |  |  |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑    Yes (file separate notice; see below)     ☐   No    ☐   N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑     None/Not Applicable           ☐     Additional pages attached

|  |  |  |
|--|--|--|
|  |  |  |
|  |  |  |

FORM 30. Certificate of Service                                                          Form 30
                                                                                         July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

**Case Number** 23-1983 (LEAD), 23-1985, 23-1988, 23-2028

**Short Case Caption** Xerox Corp. v. Snap Inc.

**NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system. See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e). Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on 06/20/2023

by  ☐ U.S. Mail   ☐ Hand Delivery   ☑ Email   ☐ Facsimile
    ☐ Other: _____

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| James Elroy Quigley | McKool Smith - 303 Colorado Street, Suite 2100<br>Austin, TX 78701<br>jquigley@mckoolsmith.com |
| Naveen Modi | Paul Hastings LLP - 875 15th Street, N.W.<br>Washington, DC 20005<br>naveenmodi@paulhastings.com |
| Jon Steven Baughman | Groombridge Wu Baughman & Stone - 801 17th Street, NW, Suite 1050<br>Washington, DC 20006<br>steve.baughman@groombridgewu.com |
| Heidi Keefe | Cooley - 3175 Hanover St, Palo Alto, CA 94304<br>hkeefe@cooley.com |
|  |  |

☐  Additional pages attached.

Date: 06/20/2023                       Signature: /s/ Yar R. Chaikovsky

                                       Name: Yar R. Chaikovsky