# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### NOTICE OF RELATED CASE INFORMATION

**Case Number** 23-1983 (LEAD), 23-1985, 23-1988, 23-2028

**Short Case Caption** Xerox Corp. v. Snap Inc.

**Filing Party/Entity** Snap Inc.

---

**Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

---

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Xerox Corporation v. Snap Inc., 2:20-cv-10755 (C.D. Ca)

Xerox Corporation v. X Corp., 2:20-cv-10754 (C.D. Ca)
X Corp. v. Xerox Corporation, IPR2021-1458 (P.T.A.B.)

Xerox Corporation v. Meta Platforms, Inc., 2:20-cv-10753 (C.D. Ca.)
Facebook, Inc. v. Xerox Corporation, IPR2021-01294 (P.T.A.B)

☐ Additional pages attached

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

Xerox Corporation

X Corp., f/k/a Twitter, Inc.

Meta Platforms, Inc., f/k/a Facebook, Inc.

Snap Inc.

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

David Sochia, James E. Quigley, Alan P. Block and Alexandra Easley, of McKool Smith, P.C.; Heidi L. Keefe, Lowell D. Mead, Emily Elizabeth Terrell, Phillip Morton, Andrew C. Mace, and Mark R. Weinstein of Cooley LLP; Jon Steven Baughman, Megan Raymond, Jenny C. Wu, and Michael F. Milea of Groombridge, Wu, Baughman & Stone LLP; David L. McCombs and Raghav Bajaj of Haynes and Boone, LLP; Yar R. Chaikovsky, Philip Ou, David T. Okano and Bruce S. Yen of White & Case LLP; Steven A. Marenberg of Paul Hastings LLP; Sonal E. Mehta, Joseph Taylor Gooch, and Mitchell Santos Toledo of Wilmer Cutler Pickering Hale and Dorr LLP

☐ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 06/20/2023

Signature: /s/ Yar R. Chaikovsky

Name: Yar R. Chaikovsly

**FORM 30. Certificate of Service**

Form 30
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

**Case Number** 23-1983 (LEAD), 23-1985, 23-1988, 23-2028

**Short Case Caption** Xerox Corp. v. Snap Inc.

**NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system. See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e). Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on 06/20/2023

by ☐ U.S. Mail ☐ Hand Delivery ☑ Email ☐ Facsimile
   ☐ Other: _____

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| James Elroy Quigley | McKool Smith - 303 Colorado Street, Suite 2100<br>Austin, TX 78701<br>jquigley@mckoolsmith.com |
| Naveen Modi | Paul Hastings LLP - 875 15th Street, N.W.<br>Washington, DC 20005<br>naveenmodi@paulhastings.com |
| Jon Steven Baughman | Groombridge Wu Baughman & Stone - 801 17th Street, NW, Suite 1050<br>Washington, DC 20006<br>steve.baughman@groombridgewu.com |
| Heidi Keefe | Cooley - 3175 Hanover St, Palo Alto, CA 94304<br>hkeefe@cooley.com |
|  |  |

☐ Additional pages attached.

Date: 06/20/2023              Signature: /s/ Yar R. Chaikovsky

                              Name: Yar R. Chaikovsky