| FORM 9A. Notice of Related Case Information | Form 9A (p. 1) |
|---|---:|
| | March 2023 |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### NOTICE OF RELATED CASE INFORMATION

**Case Number** 2023-1983, 2023-1985, 2023-1988

**Short Case Caption** Xerox Corp. v. Snap Inc.

**Filing Party/Entity** Facebook, Inc.

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

> Palo Alto Research Center, Inc. v. Facebook, Inc., Case No. 2:20-cv-10753 AB (C.D. Cal)
> Palo Alto Research Center, Inc. v. Twitter Inc. (n/k/a X Corp.), Case No. 2:20-cv-10754 (C.D. Cal)
> Palo Alto Research Center, Inc. v. Snap Inc., Case No. 2-20-cv-10755 (C.D. Cal)
> Twitter, Inc. (n/k/a X Corp.) v. Xerox Corp., Case No. IPR2021-01458 (PTAB)
> Snap Inc. v. Xerox Corp., Case No. IPR2021-00987 (PTAB)

☐ Additional pages attached

FORM 9A. Notice of Related Case Information                Form 9A (p. 2)
                                                            March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

---
Facebook, Inc. (n/k/a Meta Platforms, Inc.)

Xerox Corp.

Palo Alto Research Center LLC (f/k/a Palo Alto Research Center Inc.)

X Corp.

Snap Inc.

---

☐   Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

---
See Attachment A

---

☑   Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 06/21/2023                Signature:  /s/ Heidi L. Keefe

                                Name:       Heidi L. Keefe